# FINANCIAL DISCLOSURE REPORT

AD-10
Rev. 1/93

Report Required by the Ethics
Reform Act of 1989, Pub. L. No
101-194, November 30, 1989
(5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LEVAL, PIERRE N. | U.S. District Court Southern Dist. N.Y. | May , 19 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | __ Nomination, Date_____ <br> __ Initial   _✓_ Annual   __ Final | 1992 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ |
|---|---|
| U S Courthouse <br> New York N.Y. 10007 | Reviewing Officer Signature _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| member of Council | American Law Institute |
| Photography Committee trustee | museum of modern Art family trust (aunts, uncle of father, grandfather, cousin |

(positions of spouse not reportable)

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☑ NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse |
|---|---|---|
| ☑ see NONE (No reportable non-investment income) | | |
| | [ spouse earned salary (amount not reportable) as chief curator of El Museo del Barrio ] | $_____ |
| | | $_____ |
| | | $_____ |
| | | $_____ |
| | | $ |

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

Name of Person Reporting: LEVAL, PIERRE

Date of Report: May 19

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reports reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructi

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| U.S. Government | transportation, food, lodging, re partie in conferences |
| American Law Institute | " " " " |
| (spouse's reimbursement for transportation, food lodging, received | |
| independent of relationship to me are not reportable) | |

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructio

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☑ NONE (No such reportable gifts) | | |
| * except gifts from relatives that are not reportable . | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE COD |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| MCNY | loan on life insurance policy | K |
| | | |
| | | |
| | | |
| | | |
| | | |

VALUE CODES:  J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

**FINANCIAL DISCLOSURE REPORT (cont'd)**

Name of Person Reporting: LEVAL, PIERRE N

Date of Report: May 155?

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(1)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Abbott Labs rel, s | D | div | N | T | | | | | |
| 2 Affiliated Pubs | A | div | — | | sold | 7/13 | K | E | |
| 3 Flight Safety Int'l | A | div | L | | | | | | |
| 4 Homestake | A | | K | | | | | | |
| 5 IBM | B | | J | | | | | | |
| 6 McCaw Cellular | — | | L | | | | | | |
| 7 Mobil | C | div | L | | | | | | |
| 8 Rubbermaid rel, s | D | div | N | | | | | | |
| 9 Schering Plough rel, dc | E | div | O | | | | | | |
| 10 Tambrands | B | div | L | | | | | | |
| 11 Perkin Elmer | A | | L | | | | | | |
| 12 USX | A | | J | | | | | | |
| 13 Chrysler | A | | J | | | | | | |
| 14 Lincoln St. Realty | — | | ● | W | | | | | |
| 15 home Mexico (pretend int) | — | | T | W | | | | | |
| 16 Hershey s dc | A | | L | | | | | | |
| 17 Scudder Lerner s, dc | A | | K | | | | | | |
| 18 General Am. Inv. s | C | | K | | | | | | |
| 19 Nat'l Liquid Res Fund s, dc | B | | L | | | | | | |
| 20 Chase Manh Bank s, dc | A | | J | | | | | | |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001 to $2,500   C=$2,501 to 5,000   D=$5,001 to $15,000
(See Col. B1 & D4)   E=$15,001 to $50,000   F=$50,001 to $100,000   G=$100,001 to $1,000,000   H=More than $1,000,000
2 Value Codes:   J=$15,000 or less   K=$15,001 to $50,000   L=$50,001 to $100,000   M=$100,001 to $250,000
(See Col. C1 & D3)   N=$250,001 to $500,000   O=$500,001 to $1,000,000   P=more than $1,000,000
3 Value Method Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book Value   V=Other   W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>LEVAL, PIERRE | Date of Report<br>may 199 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| Warang Pinans Fundly (formerly Counsellors) self, s, dc | E | div/int | O | T | deposits, withdrawals, reallocus | | | | |
| Warang Pinans cash equiv Fundly – self, s dc | D | int | M | T | | | | | |
| Gen'l Am Inv. dc | D | div | L | T | | | | | |
| STRIPS T int IRA self, s | A | int | K | T | | | | | |
| Abbott Labs dc | A | int | K | T | | | | | |
| Rubbermaid dc | A | int | K | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
| Value Codes:<br>(See Col. C1 & D3) | E=$15,000 or less | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=more than $1,000,000 |
| | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| Value Method Codes:<br>(See Col. C2) | N=$250,001 to $500,000<br>Q=Appraisal<br>J=Book Value | O=$500,001 to $1,000,000<br>R=Cost (real estate only)<br>V=Other | P=more than $1,000,000<br>S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | LEVAL , Pierre | May 19 |

# VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

# IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicat function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent child had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent childr if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have be reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Confere regulations.

Signature _____     Date _4/30/53_____

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPOI MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:          Judicial Ethics Committee
                                                          Administrative Office of the
                                                            United States Courts
                                                          Washington, DC 20544

Digitized by Google